**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

| | | |
|---|---|---|
| **MUELLER SUPPLY COMPANY, INC., d/b/a/ MUELLER INC,** | § | |
| | § | |
| ***Plaintiffs*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:25-CV-041-H** |
| | § | |
| **LORI CHAVEZ-DEREMER in her official capacity as Secretary of Labor,** | § | |
| | § | |
| ***Defendant.*** | § | |

**JOINT STATUS REPORT AND JOINT MOTION TO EXTEND DEADLINE FOR FILING SETTLEMENT DOCUMENTS**

Plaintiff Mueller Supply Company, Inc. d/b/a/ Mueller Inc ("Mueller") and Defendant Secretary of Labor previously reported to the Court that they had reached a settlement agreement in principle to resolve all of the issues between them, including this lawsuit, but needed additional time to finalize the settlement documents and taking related actions to effectuate the settlement—including through the anticipated dismissal of this case. The Court then set a December 10, 2025 deadline to file either dismissal papers or another joint status report, which was then extended to January 7, 2026 and January 29, 2026. *See* Dkt. Nos. 31, 34, 36. The parties now file this report to explain that the parties have finalized the settlement documents and anticipate it will be fully executed in the next day or two. The parties apologize that this process has not yet been completed, but appreciate and thank the Court for its indulgence in permitting the parties to work through these matters. In light of the foregoing, the parties request that the Court continue the stay of all current deadlines in this matter, with the parties to file appropriate dismissal paperwork, or if necessary another status report, within 14 days of this report.

Respectfully submitted,

*/s/ Jeff T. Leslie*
Phillip B. Russell
Pro Hac Vice
Florida Bar. No 0067199
100 N. Tampa Street, Suite 3600
Tampa, FL 33602
(813) 289-1247;
(813) 289-6530 Fax
phillip.russell@ogletree.com

Jeff T. Leslie
Texas Bar No. 24091294
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX 75225
(214) 987-3800
(214) 987-3927 Fax
jeff.leslie@ogletree.com

Ryan J. Swink
Pro Hac Vice
Texas Bar No. 24107940
500 Dallas Street, Suite 2100
Houston, Texas 77002
(713) 655-0855
(713) 655-0020 Fax
ryan.swink@ogletree.com

**ATTORNEYS FOR PLAINTIFF**

Ryan Raybould
United States Attorney

*/s/ Brian W. Stoltz*
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8626
Facsimile: (214) 659-8807
brian.stoltz@usdoj.gov

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Jeff T. Leslie*
Jeff T. Leslie